# Exhibit "A"

Case 09-17219-bif    Doc 9-3    Filed 09/30/09    Entered 09/30/09 18:24:34    Desc
Exhibit A    Page 1 of 3

**Interstate Equities**

FOR CONFIDENTIAL USE OF INTERSTATE EQUITIES PERSONNEL ONLY. ALL OTHERS WILL BE PROSECUTED

## Four Week Cash Flow Analysis
### CONFIDENTIAL

| | Week 1 | | Week 2 | | Week 3 | | Week 4 | |
|---|---|---|---|---|---|---|---|---|
| Cost of Sales | 256,946.00 | | 256,946.00 | | 256,946.00 | | 256,946.00 | |
| **Cost of Food** | $ | % | $ | % | $ | % | $ | % |
| Cost of Food | 68,000.00 | 26.46% | 68,000.00 | 26.46% | 68,000.00 | 26.46% | 68,000.00 | 26.46% |
| Cost of Paper | 7,600.00 | 2.96% | 7,600.00 | 2.96% | 7,600.00 | 2.96% | 7,600.00 | 2.96% |
| Cost of Waste | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Rebates & Incentives | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Employee Meals | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Cost of Goods Sold | 75,600.00 | 29.42% | 75,600.00 | 29.42% | 75,600.00 | 29.42% | 75,600.00 | 29.42% |
| | | | | | | | | |
| Cost of Goods Sold | 181,346.00 | 70.58% | 181,346.00 | 70.58% | 181,346.00 | 70.58% | 181,346.00 | 70.58% |
| | $ | % | $ | % | $ | % | $ | % |
| Hourly Wages | 44,500.00 | 17.32% | 44,500.00 | 17.32% | 44,500.00 | 17.32% | 44,500.00 | 17.32% |
| Management Salaries | 25,500.00 | 9.92% | 25,500.00 | 9.92% | 25,500.00 | 9.92% | 25,500.00 | 9.92% |
| Payroll Taxes | 8,200.00 | 3.19% | 8,200.00 | 3.19% | 8,200.00 | 3.19% | 8,200.00 | 3.19% |
| Management Meals | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Employee Benefits | 3,500.00 | 1.36% | 3,500.00 | 1.36% | 3,500.00 | 1.36% | 3,500.00 | 1.36% |
| Bonus/Vacation | 500.00 | 0.19% | 500.00 | 0.19% | 500.00 | 0.19% | 500.00 | 0.19% |
| Management/Crew Training Wages | 1,800.00 | 0.70% | 1,800.00 | 0.70% | 1,800.00 | 0.70% | 1,800.00 | 0.70% |
| Total Payroll | 84,000.00 | 32.69% | 84,000.00 | 32.69% | 84,000.00 | 32.69% | 84,000.00 | 32.69% |
| | | | | | | | | |
| **Occupancy Expenses** | $ | % | $ | % | $ | % | $ | % |
| Rent/Ground Lease | 18,450.00 | 7.18% | 18,450.00 | 7.18% | 18,450.00 | 7.18% | 18,450.00 | 7.18% |
| CAM Charges | 3,375.00 | 1.31% | 3,375.00 | 1.31% | 3,375.00 | 1.31% | 3,375.00 | 1.31% |
| Electric | 8,400.00 | 3.27% | 8,400.00 | 3.27% | 8,400.00 | 3.27% | 8,400.00 | 3.27% |
| Gas/Propane | 3,750.00 | 1.46% | 3,750.00 | 1.46% | 3,750.00 | 1.46% | 3,750.00 | 1.46% |
| Water/Sewer | 650.00 | 0.25% | 650.00 | 0.25% | 650.00 | 0.25% | 650.00 | 0.25% |
| Telephone | 600.00 | 0.23% | 600.00 | 0.23% | 600.00 | 0.23% | 600.00 | 0.23% |
| Hauling of Waste | 2,200.00 | 0.86% | 2,200.00 | 0.86% | 2,200.00 | 0.86% | 2,200.00 | 0.86% |
| Liability & Worker's Comp Insurance | 3,200.00 | 1.25% | 3,200.00 | 1.25% | 3,200.00 | 1.25% | 3,200.00 | 1.25% |
| Property Tax | 600.00 | 0.23% | 600.00 | 0.23% | 600.00 | 0.23% | 600.00 | 0.23% |
| Safety & Security | 375.00 | 0.15% | 375.00 | 0.15% | 375.00 | 0.15% | 375.00 | 0.15% |
| Total Occupancy | 41,600.00 | 16.19% | 41,600.00 | 16.19% | 41,600.00 | 16.19% | 41,600.00 | 16.19% |
| | | | | | | | | |
| **Maintenance Expenses** | $ | % | $ | % | $ | % | $ | % |
| Equipment Repairs | 2,000.00 | 0.78% | 2,000.00 | 0.78% | 2,000.00 | 0.78% | 2,000.00 | 0.78% |
| Operating Supplies | 2,500.00 | 0.97% | 2,500.00 | 0.97% | 2,500.00 | 0.97% | 2,500.00 | 0.97% |
| Building & Grounds | 4,400.00 | 1.71% | 4,400.00 | 1.71% | 4,400.00 | 1.71% | 4,400.00 | 1.71% |
| HVAC Repairs | 500.00 | 0.19% | 500.00 | 0.19% | 500.00 | 0.19% | 500.00 | 0.19% |
| Uniforms/Laundry | 200.00 | 0.08% | 200.00 | 0.08% | 200.00 | 0.08% | 200.00 | 0.08% |
| POS Services & Repairs | 100.00 | 0.04% | 100.00 | 0.04% | 100.00 | 0.04% | 100.00 | 0.04% |
| Total Maintenance | 9,700.00 | 3.78% | 9,700.00 | 3.78% | 9,700.00 | 3.78% | 9,700.00 | 3.78% |
| | Week 1 | | Week 2 | | Week 3 | | Week 4 | |
| **Operating Costs** | $ | % | $ | % | $ | % | $ January-00 | % |
| Royalties | 9,635.48 | 3.75% | 9,635.48 | 3.75% | 9,635.48 | 3.75% | 9,635.48 | 3.75% |
| National Advertising | 10,277.84 | 4.00% | 10,277.84 | 4.00% | 10,277.84 | 4.00% | 10,277.84 | 4.00% |
| Regional ADI Advertising | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Local Marketing/Advertising | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Food Giveaways | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Music | 125.00 | 0.05% | 125.00 | 0.05% | 125.00 | 0.05% | 125.00 | 0.05% |
| Seminars Costs & Other Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Bank Charges & Fees | 400.00 | 0.16% | 400.00 | 0.16% | 400.00 | 0.16% | 400.00 | 0.16% |
| Store Office Supplies | 400.00 | 0.16% | 400.00 | 0.16% | 400.00 | 0.16% | 400.00 | 0.16% |
| Cash Over/Shorts | 175.00 | 0.07% | 175.00 | 0.07% | 175.00 | 0.07% | 175.00 | 0.07% |
| Miscellaneous Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Taxes/Licenses | 800.00 | 0.31% | 800.00 | 0.31% | 800.00 | 0.31% | 800.00 | 0.31% |
| Store Travel | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Equipment Lease (Prin & Int) | 650.00 | 0.25% | 650.00 | 0.25% | 650.00 | 0.25% | 650.00 | 0.25% |
| Other | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Total Operating Costs | 22,463.32 | 8.74% | 22,463.32 | 8.74% | 22,463.32 | 8.74% | 22,463.32 | 8.74% |
| | | | | | | | | |
| Total Operating Costs | 233,363.32 | 90.82% | 233,363.32 | 90.82% | 233,363.32 | 90.82% | 233,363.32 | 90.82% |
| | | | | | | | | |
| Store Operating Profit | 23,582.69 | 9.18% | 23,582.69 | 9.18% | 23,582.69 | 9.18% | 23,582.69 | 9.18% |

**Interstate Equities**

FOR CONFIDENTIAL USE OF INTERSTATE EQUITIES PERSONNEL ONLY. ALL OTHERS WILL BE PROSECUTED

## Four Week Cash Flow Analysis
### CONFIDENTIAL

| Administration Cost | $ | % | $ | % | $ | % | $ | % |
|---|---|---|---|---|---|---|---|---|
| Office Expenses | 1,525.00 | 0.59% | 1,525.00 | 0.59% | 1,525.00 | 0.59% | 1,525.00 | 0.59% |
| Meals | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Travel & Lodging, Tips | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Administration Salaries | 5,750.00 | 2.24% | 5,750.00 | 2.24% | 5,750.00 | 2.24% | 5,750.00 | 2.24% |
| Vehicle Expenses | 3,400.00 | 1.32% | 3,400.00 | 1.32% | 3,400.00 | 1.32% | 3,400.00 | 1.32% |
| Admin. Payroll Taxes | 650.00 | 0.25% | 650.00 | 0.25% | 650.00 | 0.25% | 650.00 | 0.25% |
| Administration Insurance | 300.00 | 0.12% | 300.00 | 0.12% | 300.00 | 0.12% | 300.00 | 0.12% |
| Administration Office Telephone | 300.00 | 0.12% | 300.00 | 0.12% | 300.00 | 0.12% | 300.00 | 0.12% |
| Administrative Cell Phones | 250.00 | 0.10% | 250.00 | 0.10% | 250.00 | 0.10% | 250.00 | 0.10% |
| Admin. Benefits | 2,000.00 | 0.78% | 2,000.00 | 0.78% | 2,000.00 | 0.78% | 2,000.00 | 0.78% |
| Assn. Fees & Subscriptions | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Mgmt. Training | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Consulting Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Mgmt. Fee | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Charges | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Administration Expenses | 14,175.00 | 5.52% | 14,175.00 | 5.52% | 14,175.00 | 5.52% | 14,175.00 | 5.52% |
| | | | | | | | | |
| Net Cash Flow | 9,407.69 | 3.66% | 9,407.69 | 3.66% | 9,407.69 | 3.66% | 9,407.69 | 3.66% |
| | | | | | | | | |
| Interest Expense | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |

| Other Costs | $ | % | $ | % | $ | % | $ | % |
|---|---|---|---|---|---|---|---|---|
| BKC Note (Prin. & Int) | 2,825.00 | 1.10% | 2,825.00 | 1.10% | 2,825.00 | 1.10% | 2,825.00 | 1.10% |
| PNC Note (Prin. & Int) | 815.00 | 0.32% | 815.00 | 0.32% | 815.00 | 0.32% | 815.00 | 0.32% |
| Mariani Settlement | 500.00 | 0.19% | 500.00 | 0.19% | 500.00 | 0.19% | 500.00 | 0.19% |
| Old Pa. Sales Tax Agreement | 700.00 | 0.27% | 700.00 | 0.27% | 700.00 | 0.27% | 700.00 | 0.27% |
| IRS Tax Agreement | 325.00 | 0.13% | 325.00 | 0.13% | 325.00 | 0.13% | 325.00 | 0.13% |
| Credit Card Fees | 1,625.00 | 0.63% | 1,625.00 | 0.63% | 1,625.00 | 0.63% | 1,625.00 | 0.63% |
| Outside Payroll | 240.00 | 0.09% | 240.00 | 0.09% | 240.00 | 0.09% | 240.00 | 0.09% |
| Professional Services | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Penalties And Fees | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| Other Costs Total | 7,028.00 | 2.74% | 7,028.00 | 2.74% | 7,028.00 | 2.74% | 7,028.00 | 2.74% |

| Other Expenses | $ | % | $ | % | $ | % | $ | % |
|---|---|---|---|---|---|---|---|---|
| Principal Payment | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% | 0.00 | 0.00% |
| | | | | | | | | |
| Net Cash Generated | 2,379.69 | 0.9% | 2,379.69 | 0.9% | 2,379.69 | 0.9% | 2,379.69 | 0.9% |